IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAWN RILEY,

    Plaintiff,

v.

                                          Case No. 15-cv-592-jdp

CHAPLAIN EWING,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Chaplin Ewing dismissing this case.

| s/ | 1/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |