IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Shawn Riley, Plaintiff,
v.                                  Case No. 15-CV-592-jdp
Chaplain Ewing, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Shawn Riley ("Riley" hereinafter), plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the 7th Circuit from the OPINION & ORDER handed down in the above matter on 14 Jan. '19, entailing that Riley as a layman to the formation of civil litigation failed to request an injunction in relation to his RLUIPA claim or to sue the correct person; & that Riley failed to present/produce evidence for his First Amendment claim; & that the defendant is entitled to qualified immunity in the above instance as, in relation to the OPINION & ORDER, Riley, under the peculiar restrictive housing unit circumstances of never being notified of a sign up deadline for participation of Ramadan in order to fulfill such deadline, submitted a request for sign up/participation as soon as he thought to do so. Riley, in fact, did contact Ewing as the record reflects, as soon as he thought to do so, which arose due to other inmates speaking about having been denied participation due to untimely sign up(s) while they had no way of having to know when to do so in a timely manner in restrictive housing. Riley took the only action he could take under the circumstances of not knowing when to sign up.

Riley was also aid with litigating this matter by inmate Oscar Garner who was abruptly transferred to another prison while Riley awaited a ruling. Riley also received legal aid from Wilson Jackson with the filing of motions for issuances in the matter, where Riley signed them & filed them at Jackson's discretion, this reflects Riley's inability to have properly argued & presented his case, which is why this Court should have GRANTED Riley's request for Counsel (Appointment).

This Court's OPINIONS should not stand under such circumstances as Riley could not act beyond what the record reflects. Riley is in possession of the supportive evidence requested/demanded by this court & would like to appeal & receive Counsel in order to effectively present said evidence to support his case.

Dated this 13th day of February, 2019

Respectfully, Shawn Riley

SHAWN RILEY 263944
WSPF · BOX 1000
Boscobel, WI 53805

2

## CERTIFICATE OF SERVICE

I hereby certify that on 13 Feb. '19, I placed the foregoing Notice of Appeal in the prison mailbox to be E-filed in the Western District of Wisconsin by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users & that service will be accomplished by the CM/ECF system.

Respectfully, Shawn Riley

Shawn Riley - 263944
WSPF - BOX 1000
Boscobel, WI 53805